**CGFI2** (6/1/2026)

# United States Bankruptcy Court

**Southern District of Florida**
**www.flsb.uscourts.gov**

**Case Number: 26−20830−RAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Julian Fernandez
aka Julian I Fernandez, aka Julian Fernandez−Rigal, aka Julian Ismael Fernandez, aka Julian L Fernandez
8850 SW 99TH ST
Miami, FL 33176
SSN: xxx−xx−9851

## NOTICE OF DEADLINE TO CORRECT FILING DEFICIENCIES

**NOTICE IS TO THE DEBTOR:** This case, which was filed on **August 14, 2026**, is missing one or more required documents or contains filing errors that must be corrected. **If the deficiencies are not corrected by the deadline listed below, this case may be dismissed without further notice or hearing.** Links to all required Official Bankruptcy Forms and AO Director's national forms and the court's local rules, forms, instructions and guidelines are available on the court website www.flsb.uscourts.gov.

**The following document(s) were NOT filed:**

Creditor Matrix required by Fed. R. Bankr. P. 1007(a)(1) prepared in the format required by the Clerk's Instructions for Preparing, Submitting, and Obtaining Service Matrices

**DEADLINE TO CORRECT THESE DEFICIENCIES: 8/28/26**

**Please note that a debtor must file with any previously unfiled or amended schedules the Declaration About an Individual Debtor's Schedules (Official Bankruptcy Form 106Dec) and with any previously unfiled or amended Schedules D or E/F the Local Form Debtor's Notice of Compliance with Requirements for Amending Creditor Information (LF−04).** See Fed. R. Bankr. P. 1007 and 1009 and Local Rules 1007−1(b) and 1009−1. See also the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional formatting, fee, and other requirements for any amended service matrix.

**Dated:8/17/26**

**CLERK OF COURT**
By: Tyanna Destiny Henderson , Deputy Clerk

*Copies to: Debtor*
*Attorney for Debtor*