United States Bankruptcy Court
Southern District of Florida

In re: Case No. 26-20830-RAM
Julian Fernandez Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1 User: admin Page 1 of 3
Date Rcvd: Aug 26, 2026 Form ID: 309A Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julian Fernandez, 8850 SW 99TH ST, Miami, FL 33176-2962 |
| 98826589 | + | Chex Systems, Inc., ATTN: Bankruptcy Department, PO Box 583399, Minneapolis, MN 55458-3399 |
| 98826600 | + | Sonia Beato, 8850 SW 99TH ST, Miami, FL 33176-2962 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: eservice@blancopa.com | Aug 27 2026 00:43:00 | Jose A Blanco, Jose A. Blanco, P.A., 102 E 49th ST, Hialeah, FL 33013 |
| tr | + | Email/Text: soneet.kapila@txitrustee.com | Aug 27 2026 00:47:43 | Soneet Kapila, www.kapilatrustee.com, PO Box 14213, Ft Lauderdale, FL 33302-4213 |
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Aug 27 2026 00:44:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Aug 27 2026 00:46:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 98826580 | + | EDI: BANKAMER | Aug 27 2026 03:50:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 98826579 | + | EDI: BANKAMER | Aug 27 2026 03:50:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 98826582 | + | EDI: BANKAMER2 | Aug 27 2026 03:50:00 | Bank of America, N.A., c/o Brian Moynihan, CEO, 100 N Tryon St, Charlotte, NC 28202-2135 |
| 98826584 | + | EDI: CAPITALONE.COM | Aug 27 2026 03:50:00 | Capital One, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 98826585 | | EDI: CAPITALONE.COM | Aug 27 2026 03:50:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 98826587 | + | EDI: JPMORGANCHASE | Aug 27 2026 03:50:00 | Chase, PO Box 44959, Indianapolis, IN 46244-0959 |
| 98826586 | | EDI: JPMORGANCHASE | Aug 27 2026 03:50:00 | Chase, PO Box 9001022, Louisville, KY 40290-1022 |
| 98826588 | + | EDI: JPMORGANCHASE | Aug 27 2026 03:50:00 | Chase Card Services, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 98826590 | + | Email/Text: BNC_Notices@floridarevenue.com | Aug 27 2026 00:44:00 | Child Support Enforcement, PO Box 8030, Tallahassee, FL 32314-8030 |
| 98826591 | + | EDI: CITICORP | Aug 27 2026 03:50:00 | Citibank, N.A., c/o Jane Fraser, CEO, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 98826593 | | Email/Text: bankruptcycourts@equifax.com | Aug 27 2026 00:45:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |

| | | | | |
|---|---|---|---|---|
| 98826594 | ^ | MEBN | Aug 27 2026 00:34:27 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 98826595 | | Email/Text: BNC_Notices@floridarevenue.com | Aug 27 2026 00:44:00 | Florida Department Of Revenue, 5050 W Tennessee St, Tallahassee, FL 32399-0110 |
| 98826596 | ^ | MEBN | Aug 27 2026 00:35:06 | Honorable Merrick Garland, Attorney General, Dept of Justice #4400, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 98826592 | | EDI: IRS.COM | Aug 27 2026 03:50:00 | Department of the Treasury, PO Box 21126, Philadelphia, PA 19114 |
| 98826598 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2026 00:46:00 | Midland Credit Management Inc, 350 Camino de la Reina #100, San Diego, CA 92108-3007 |
| 98826599 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2026 00:46:00 | Midland Credit Managment, Inc., PO Box 2004, Warren, MI 48090-2004 |
| 98826602 | | Email/Text: mhslegal@mhs.net | Aug 27 2026 00:46:00 | South Broward Hospital District, 3111 Stirling Road, Fort Lauderdale, FL 33312 |
| 98826603 | ^ | MEBN | Aug 27 2026 00:33:50 | Transunion, Attn: Bankruptcy Dept., P.O. Box 2000, Chester, PA 19016-2000 |
| 98826604 | | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Aug 27 2026 00:45:00 | US Attorney Southern District, c/o Hon. Jason A. Reding Qui ones, 99 NE 4th St, Miami, FL 33132 |
| 98826605 | + | EDI: WFCCSBK | Aug 27 2026 03:50:00 | Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347 |
| 98826606 | + | EDI: WFFC2 | Aug 27 2026 03:50:00 | Wells Fargo Bank, N.A., Charles W. Scharf, 101 N Phillips Ave, Sioux Falls, SD 57104-6714 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 98826581 | *+ | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 98826583 | *+ | Bank of America, N.A., c/o Brian Moynihan, CEO, 100 N Tryon St, Charlotte, NC 28202-2135 |
| 98826597 | * | IRS Centralized Bankruptcy Department, PO Box 7346, Philadelphia, PA 19101-7346 |
| 98826601 | *+ | Sonia Beato, 8850 SW 99TH ST, Miami, FL 33176-2962 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jose A Blanco | on behalf of Debtor Julian Fernandez eservice@blancopa.com Blanco.JoseA.R105197@notify.bestcase.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Soneet Kapila | trustee@kapilaco.com ecf.alert+Kapila@titlexi.com |

TOTAL: 3

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Julian Fernandez<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–9851 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Southern District of Florida | Date case filed for chapter: | 7 8/14/26 |
| Case number: | 26–20830–RAM | | |

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| **1. Debtor's Full Name** | Julian Fernandez | |
| **2. All Other Names Used in the Last 8 Years** | aka Julian I Fernandez, aka Julian Fernandez–Rigal, aka Julian Ismael Fernandez, aka Julian L Fernandez | |
| **3. Address** | 8850 SW 99TH ST<br>Miami, FL 33176 | |
| **4. Debtor's Attorney** (or Pro Se Debtor) Name and Address | Jose A Blanco<br>Jose A. Blanco, P.A.<br>102 E 49th ST<br>Hialeah, FL 33013 | Contact Phone (305) 349–3463 |
| **5. Bankruptcy Trustee** Name and Address | Soneet Kapila<br>www.kapilatrustee.com<br>PO Box 14213<br>Ft Lauderdale, FL 33302 | Contact Phone 954–761–8707 |
| **6. Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128<br>All visitors (except minors accompanied by an adult) to any federal building or courthouse must present a current, valid government–issued photo identification. Documents in this case may be filed at this address. | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (305) 714–1800<br>Clerk of Court: Joseph Falzone<br>Dated: 8/26/26 |

| | | |
|---|---|---|
| **7. ** MEETING OF CREDITORS ****<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**<u>WARNING TO DEBTOR:</u> YOUR CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING IF YOU DO NOT APPEAR AT THE MEETING** | **September 16, 2026** at **12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY VIDEO CONFERENCE***<br><br>**Go to www.Zoom.us, click on JOIN or call (954) 399–3849, Enter Meeting ID 380 245 6489, and Passcode 5111732641**<br>For additional meeting information visit: <u>www.justice.gov/ust/moc</u> |
| **8. Presumption of Abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion** if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing Deadline:** 11/16/26 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors. |
| **10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | At the meeting of creditors the trustee may abandon property of the estate under 11 U.S.C. § 554 and must file a report of the property abandoned within two business days. Objections to the report must be filed within 14 days after the report is filed. See Local Rule 6007–1(a). | |
| **11. Proof of Claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **12. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **13. Exempt Property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>https://pacer.uscourts.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **14. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | A creditor may register to receive clerk–served notices and orders electronically at: <u>https://bankruptcynotices.uscourts.gov</u>. A debtor may register to receive clerk–served notices and orders electronically by filing local form Debtor's Request to Receive Notices Electronically Under DeBN Program. | |
| **15. Interpreting Services at the Meeting of Creditors** | Upon request to the trustee, a telephone interpreter will be provided at no cost to any debtor who does not speak English. Anyone with a communication disability who requires assistance at the meeting of creditors should contact the U.S. Trustee's Office. | |